ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CASEY SHPALL, ESQ.
*Admitted Pro Hac Vice*
GREGORY R. TAN, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: shpallc@gtlaw.com
tangr@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHERRIE C. DAVIS, as next of kin for ALEXANDER SMITH, JR. (deceased), <br><br> Plaintiffs, <br><br> v. <br><br> C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INC, <br><br> Defendants. | CASE NO. 2:19-cv-01576-RFB-BNW |

## STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, by and between Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. by and through their counsel of record, the law firm of

ACTIVE 48367137v1

1

Greenberg Traurig, LLP, and Plaintiff Sherrie C. Davis, as next of kin for Alexander Smith, Jr. (Deceased), by and through her counsel of record, the Law Office of Christopher J. Johnston, LLC and The Wasielewski Law Firm, Ltd., that the above-entitled action shall be **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

DATED this 28th day of January 2020.

LAW OFFICE OF CHRISTOPHER J. JOHNSTON, LLC

By: *Christopher Kyle Johnston*
CHRISTOPHER KYLE JOHNSTON, ESQ.
CA Bar No. 261474
649 Mission Street, Fifth Floor
San Francisco, California 94105
Telephone: (415) 744-1500
Facsimile: 415) 202-6264
Email: kyle@masstortslaw.com

ANDREW WASIELEWSKI. ESQ.
THE WASIELEWSKI LAW FIRM, LTD.
8275 South Eastern Avenue, Suite 114
Las Vegas, Nevada 89123
Telephone: (702) 490-8511
Facsimile: (702) 548-9684
Email: andrew@wazlaw.com

*Counsel for Plaintiff*

DATED this 28th day of January 2020.

GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Email: swanise@gtlaw.com

CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: shpallc@gtlaw.com
    tangr@gtlaw.com
* *Admitted Pro Hac Vice*

*Counsel for Defendants*

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of March, 2020.

2

ACTIVE 48367137v1

# CERTIFICATE OF SERVICE

I hereby certify that on **January 28, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

CHRISTOPHER KYLE JOHNSTON, ESQ.
LAW OFFICE OF CHRISTOPHER J. JOHNSTON, LLC
649 Mission Street, Fifth Floor, San Francisco, California 94105
Telephone: (415) 744-1500     Facsimile: (415) 202-6264
Email: kyle@masstortslaw.com
*Counsel for Plaintiff*

ANDREW WASIELEWSKI. ESQ.
THE WASIELEWSKI LAW FIRM, LTD.
8275 South Eastern Avenue, Suite 114, Las Vegas, Nevada 89123
Telephone: (702) 490-8511     Facsimile: (702)548-9684
Email: andrew@wazlaw.com
*Counsel for Plaintiff*

*/s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP

ACTIVE 48367137v1